*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                      : Chapter 7

Hasford Thomas Altman and Tastonia M. Altman          : Case No. 16–13220–jkf
      Debtor(s)

***ORDER***
_____

AND NOW, this day , September 15, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

                                By The Court

                                Jean K. FitzSimon
                                Judge , United States Bankruptcy Court